PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

| | | | |
|---|---|---|---|
| DOCKET NUMBER *(Tran. Court)* 4:19CR00092-001 | | | |
| DOCKET NUMBER *(Rec. Court)* 2:26-cr-00175-APG-BNW-1 | | | |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION | |
| Adam Jesus Rodriguez | UTAH | SOUTHERN | |
| | NAME OF SENTENCING JUDGE: David Nuffer, Senior U.S. District Judge | | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 01/06/2025 | TO 01/05/2027 |

OFFENSE
Count 1: Failure to Surrender for Service of Sentence; Count 2: Felon in Possession of a Firearm

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Rodriguez's supervision was transferred to the District of Nevada as he no longer had a viable residence in the District of Utah. As such, Rodriguez has an established residence and has zero intention of returning to the District of Utah for the remainder of his time on supervision.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____________ DISTRICT OF UTAH

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the NEVADA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

11/03/2025
*Date*

[signature]
*United States District Judge*

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____________ DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

August 20, 2026
*Effective Date*

[signature]
*United States District Judge*

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Adam Jesus Rodriguez

Case No.: 4:19CR00092

TO BE ASSIGNED

August 10, 2026

TO: The Honorable District Court Judge

On February 19, 2020, Rodriguez was sentenced by the Honorable David Nuffer to 55 months custody followed by three (3) years of supervised release for committing the offenses of Failing to Surrender for Service of Sentence and Felon in Possession of a firearm. Supervision commenced in the District of Utah. On April 3, 2024, Rodriguez was revoked and sentenced to 12 months and one (1) day custody followed by 2 years of supervised release. On January 6, 2025, supervision commenced in the District of Utah. On February 7, 2025, supervision was transferred to the District of Nevada.

The purpose of this letter is to inform the District of Nevada that the District of Utah has initiated a Transfer of Jurisdiction (TOJ) as evidenced by the signed probation form (prob) 22.
Rodriguez has an established residence and has zero intention of returning to the District of Utah for the remainder of his time on supervision, thus a TOJ is appropriate in this case. The prob 22 is attached for the Court's review.

Should you have any questions, please contact the undersigned at Deleyna_Jensen@nvp.uscourts.gov.

Respectfully submitted,

Digitally signed by Deleyna Jensen
Date: 2026.08.11 14:23:07 -07'00'

Deleyna Jensen
United States Probation Officer

Approved:

Digitally signed by Steve Goldner
Date: 2026.08.11 14:09:33 -07'00'

Steve M Goldner
Supervisory United States Probation Officer